IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT CARODINE, | |
| Plaintiff, | **8:24CV67** |
| vs. | |
| CASS COUNTY DEPARTMENT OF CORRECTIONS, | **MEMORANDUM AND ORDER** |
| Defendant. | |

On January 13, 2025, the Court ordered Plaintiff to update his address with the Court within 30 days or face dismissal of this action. Filing No. 23. To date, Plaintiff has not updated his address or taken any other action in this matter.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.

2. The Court will enter judgment by a separate document.

3. The Clerk of the Court is directed to send a copy of this order and the accompanying judgment to Plaintiff at his last known address and at the following address:

> Robert Carodine 88237-509
> FCI Leavenworth
> Federal Correctional Institution
> P.O. Box 1000
> Leavenworth, KS 66048.

Dated this 28th day of February, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge